*Friday, February 9, 1996*

## MOTION DOCKET

**93-2592.** State v. Berry. Cuyahoga County, No. 60531. Upon consideration of appellee's motion to amend procedure and set briefing schedule,

IT IS ORDERED by the court, effective February 8, 1996, that the motion to amend procedure and set briefing schedule be, and hereby is, granted.

IT IS FURTHER ORDERED by the court that copies of Dr. Resnick's competency evaluation of Wilford Berry shall be served by the Clerk upon counsel of record for the parties within two days of receipt of the evaluation.

IT IS FURTHER ORDERED by the court that each party shall file a brief, within twenty days of the filing of Dr. Resnick's report, to address whether this court should hold a competency hearing and, if so, what procedures should be followed. Each party may file a responsive brief no later than ten days from the date of filing of the opposing party's brief.

**95-2066.** DeRolph v. State. *Perry County,* No. CA477. This cause is pending before the court as an appeal from the Court of Appeals for Perry County.

IT IS ORDERED by the court, *sua sponte,* effective February 8, 1996, that any supplement to the briefs filed pursuant to S.Ct.Prac.R. VII(1), or any second supplement filed pursuant to S.Ct.Prac.R. VII(3), shall be accompanied by only two copies.

**95-2066.** DeRolph v. State. *Perry County,* No. CA477. This cause is pending before the court as an appeal from the Court of Appeals for Perry County. Upon consideration of appellants' motion to expedite ruling on motion to exceed page limitation,

IT IS ORDERED by the court that the motion to expedite be, and hereby is, denied, effective February 8, 1996.

**95-2377.** Great N. Inns Co. v. Cuyahoga Cty. Bd. of Revision. Board of Tax Appeals, No. 94–A–883. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of the joint motion to stay briefing schedule,

IT IS ORDERED by the court that the motion to stay briefing schedule be, and hereby is, granted.

## MISCELLANEOUS DISMISSALS

**94-2458.** Cargill, Inc. v. Tracy. Board of Tax Appeals, No. 91–G–827. This cause is pending before the court as an appeal and cross-appeal from the Board of Tax Appeals. Upon consideration of appellee/cross-appellant's application for dismissal of the cross-appeal,

IT IS ORDERED by the court that the application for dismissal of the cross-appeal be, and hereby is, granted, effective February 8, 1996.

The appeal of Roger W. Tracy, Tax Commissioner of Ohio, remains pending.